Samuel E. HUNTER, Applt., v. CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Annie B. HUNTER, Applt., v. Frederick W. HUNTER, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed. No opinion. Order filed.

Robert P. HURLEY, respt., v. INTERNATIONAL RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

Robert P. HURLEY, respt., v. INTERNATIONAL RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for reargument denied with $10 costs. Motion for leave to appeal to Court of Appeals denied.

Francis S. HUTCHINS, plaintiff, v. John H. PARKS, defendant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, with $10 costs.

Charles L. HYDE, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with costs. All concur.

James M. HYDE, applt., v. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, lessee of Boston & Albany Railroad, respt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Judgment and order unanimously affirmed, with costs.

Juliette JACOBS, Respt., v. James JACOBS, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Benjamin JAFFE, Respt., v. John A. SONNTAG, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce recovery to $22.30, without costs, in which event the judgment, as so modified, and the order appealed from are affirmed, without costs. No opinion. Settle order on notice.

Samuel JARMULOFSKY, appellant, v. Samuel KUSHIN, impleaded with another, respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Application denied, with $10 costs.

William H. JENKINS, respt., v. Chester R. TEED, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Harold JENSEN, respondent, v. McCALDIN BROTHERS COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

JESSE L. LASKY FEATURE PLAY CO. Respt., v. WM. FOX VAUDEVILLE CO. impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Order (157 N. Y. Supp. 106) affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. No opinion. Order filed.

J. HUNGERFORD SMITH CO., respt., v. R. Elmer SHOEMAKER, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order affirmed without costs. All concur.

In the Matter of the application of Ernest JOHNSON, for admission to the bar. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) This application is referred to the committee on character to act upon it in the first instance.

Paul JOHNSON v. HARTFORD FIRE INSURANCE CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Application denied, with $10 costs. Order signed.

Grover C. JOHNSON, respt., v. SYRACUSE BRIDGE CO., Inc., applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order affirmed with costs. New trial in Municipal Court to be had on the 1st day of June, 1916, at 10 a. m. All concur.

Charles E. L. JOHNSTON, Respt., v. L. K. COMSTOCK & CO., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of the Discontinuance of a portion of JOINER STREET in the CITY OF ROCHESTER, N. Y. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Decision of motion to add exhibits to record held until the argument of the appeal.

Lewis M. JONES and Howard G. Ketchum, etc., applts., v. Augustus C. DOWNING, respt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Judgment affirmed, with costs. All concur, except Lyon and Cochrane, JJ., dissenting.

Ellison JONES, Respt., v. Elizabeth S. EMERY, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order modified, by directing that the order for examination be modified so as to allow plaintiff to examine defendant only as to whether she signed the information upon which the arrest was made, and, as so modified, affirmed, without costs. No opinion. Settle order on notice.